**Diane LOGAN, Plaintiff–Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.**

No. 11–1523.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 29, 2011.

Diane Logan, Appellant Pro Se. Quinn E. N. Doggett, Social Security Administration, Philadelphia, Pennsylvania, for Appellee.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diane Logan appeals the magistrate judge's order * granting summary judgment for the Commissioner of Social Security in her action seeking review of the Commissioner's denial of social security benefits. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because

---

* The parties consented to proceed before a magistrate judge. *See* 28 U.S.C. § 636(c) (2006).

Logan's informal brief does not challenge the basis for the magistrate judge's disposition, Logan has forfeited appellate review of the magistrate judge's order. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*